NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MHL TEK, LLC,**
*Plaintiff-Appellant,*

v.

**NISSAN MOTOR CO. and NISSAN NORTH AMERICA, INC.,**
*Defendants-Cross Appellants,*

and

**HYUNDAI MOTOR CO., HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR MANUFACTURING ALABAMA LLC, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC.,**
*Defendants-Cross Appellants,*

and

**DR. ING. H.C.F. PORSCHE AG, PORSCHE CARS NORTH AMERICA, INC., SUBARU OF AMERICA, INC., and SUBARU OF INDIANA AUTOMOTIVE, INC.,**
*Defendants-Cross Appellants,*

and

**AUDI AG, VOLKSWAGEN AG, and VOLKSWAGEN GROUP OF AMERICA, INC. (doing business as Audi of America, Inc.),**
*Defendants-Cross Appellants,*

and

**BMW AG (also known as Bayerische Motoren Werke AG), BMW OF NORTH AMERICA LLC, and BMW MANUFACTURING CO. LLC,**
*Defendants-Cross Appellants.*

---

2010-1287, -1317, -1318

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0289, Judge T. John Ward.

---

## ON MOTION

---

## ORDER

The cross appellants move without opposition for a 15-day extension of time, until January 18, 2011, to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

DEC 2 9 2010                          /s/ Jan Horbaly
─────────────                        ─────────────────
Date                                 Jan Horbaly
                                     Clerk

cc: Deanne E. Maynard, Esq.
    Michael J. Lennon, Esq.
    Joseph P. Lavelle, Esq.
    Barry W. Graham, Esq.             FILED
    Jeffrey S. Patterson, Esq.    U.S. COURT OF APPEALS FOR
    John A. Dragseth, Esq.            THE FEDERAL CIRCUIT
    Kurt L. Glitzenstein, Esq.
                                      DEC 2 9 2010
s21
                                       JAN HORBALY
                                          CLERK